UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA ROGAN and MICHAEL ROGAN<br>    **Plaintiff**<br><br>v.<br><br>**COLLECTCORP CORPORATION**<br>    **Defendant** | ) CIVIL ACTION<br>)<br>) COMPLAINT<br>)<br>) TRIAL BY JURY<br>) DEMANDED<br>)<br>) FEBRUARY 10, 2011 |

## COMPLAINT

1. This is a suit brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq*.

2. Plaintiff Donna Rogan is a consumer residing in Berlin, Connecticut.

3. Plaintiff Michael Rogan is a consumer residing in Berlin, Connecticut and is the husband of Donna Rogan.

4. Defendant, Collectcorp Corporation ("Collectcorp"), is a Delaware corporation engaged in the practice of debt collection in Connecticut.

5. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331,1337 and 1367, and Fed. R. Civ. P. 18(a).

6. This Court has jurisdiction over Collectcorp because it engages in debt collection within Connecticut.

7. Venue in this Court is proper, as the Plaintiffs are residents and the acts complained of occurred in this state.

8. In October, November, and December 2010, and in January 2011, Collectcorp., in attempting to collect a consumer debt that was claimed against Donna

Rogan, called Plaintiffs' home and left multiple messages on a home answering machine stating that Collectcorp was calling regarding a personal business matter and that it was a debt collector attempting to collect a debt from Donna Rogan.

9. Plaintiffs' children heard several of these messages.

10. Collectcorp violated the FDCPA.

WHEREFORE, the Plaintiffs seek recovery of actual damages (including emotional distress damages) pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; and attorney's fees and costs pursuant to 15 U.S.C. § 1692k.

**PLAINTIFFS, DONNA ROGAN & MICHAEL ROGAN**

By: _____
Daniel S. Blinn, ct02188
Matthew W. Graeber, ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408; Fax. (860) 571-7457