**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **BONNIE C. MANGAN, TRUSTEE** | ) | **CIVIL ACTION NO.** |
| **Plaintiff** | ) | **3:11-CV-00234 (VLB)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **COLLECTCORP CORPORATION** | ) | |
| **Defendant** | ) | **JANUARY 23, 2012** |
| | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Bonnie C.

Mangan, Trustee, through her attorney, hereby gives notice that the claims of the

above-entitled action shall be dismissed with prejudice, and without costs or

attorney's fees.

Plaintiff, Bonnie Mangan, Trustee

By  /s/ Daniel S. Blinn
Daniel S. Blinn, Esq.  (ct 02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Tel: (860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

2

## CERTIFICATION

I hereby certify that on this 23rd day of January, 2012, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


/s/ Daniel S. Blinn
Daniel S. Blinn